[No. 48443-5-I.   Division One.   July 1, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMAL RASHAD GARDNER, *Appellant*.

Appeal from judgments of the Superior Court for Whatcom County, No. 00-1-00398-9, Steven J. Mura, J., entered April 19 and May 8, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 48459-1-I.   Division One.   July 1, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. NAKIA SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-03044-1, Helen Halpert, J., entered April 19, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 48577-6-I.   Division One.   July 1, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK A. MISIAK, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 00-1-00283-4, David A. Nichols, J., entered May 2, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 48951-8-I.   Division One.   July 1, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL HAMMOND, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-08512-1, Jay V. White, J., entered June 18, 2001. *Affirmed* by unpublished per curiam opinion.